No. 671. THE CONSOLIDATION COAL COMPANY, PETITIONER, *v.* AMERICAN MAIL STEAMSHIP COMPANY, CLAIMANT; and No. 672. THE CONSOLIDATION COAL COMPANY, CLAIMANT, PETITIONER, *v.* AMERICAN MAIL STEAMSHIP COMPANY. April 16, 1906. Petitions for writs of certiorari to the United States

Circuit Court of Appeals for the First Circuit denied.  *Mr. J. Walter Lord* and *Mr. Edward S. Dodge* for petitioner.  *Mr. Wilhelmus Mynderse* and *Mr. Edward E. Blodgett* for respondents.